# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMONIC ANTONIO GUERRISI,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BERKS COUNTY JAIL SYSTEM,** *et al.*, | : | NO. 18-1530 |
| Defendants. | : | |

**FILED APR 16 2018**
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 16th day of April, 2018, upon consideration of Mr. Guerrisi's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his Prisoner Trust Fund Account Statement (ECF No. 3), and his *pro se* Complaint (ECF No. 2), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2. Plaintiff, Domonic Antonio Guerrisi, #2017-1930, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Guerrisi, he is not assessed an initial partial filing fee. In each month when the amount in Mr. Guerrisi's inmate trust fund account exceeds $10.00, the Warden of the Berks County Jail System shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Guerrisi's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-1530.

3. The Clerk of Court is DIRECTED to send a copy of this Order to the Warden of the Berks County Jail System.

4. Mr. Guerrisi's Complaint is DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum with the exception of Mr. Guerrisi's claims against Slododzian.

5.  Mr. Guerrisi is given leave to file an amended complaint within thirty (30) days of the date of entry of this Order. If Mr. Guerrisi files an amended complaint, he shall name all defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. The amended complaint must also provide as much identifying information for the defendants as possible. Mr. Guerrisi may refer to a defendant by last name only if that is the only identifying information possessed. If Mr. Guerrisi wishes to name individuals for whom he does not have any identifying information, he may refer to those individuals as John Doe #1, John Doe #2, etc. The amended complaint must also describe how each defendant, including any John Doe or Jane Doe defendants, were responsible for violating Mr. Guerrisi's rights. If Mr. Guerrisi does not file an amended complaint, the Court will direct service of his initial Complaint on Slododzian only. If Mr. Guerrisi files an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.